1  DANIEL G. BODGEN
United States Attorney

2

3  ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000

4  Las Vegas, Nevada 89101
(702) 388-6336

5

Attorneys for Plaintiff

6  United States of America

7          UNITED STATES DISTRICT COURT

8            DISTRICT OF NEVADA
                     -oOo-

9
                                                VCF
10  UNITED STATES OF AMERICA,        )  Case No. 2:01-mj-01093-~~RJJ~~
                                     )
11             Plaintiff,            )  UNITED STATES' MOTION TO DISMISS
                                     )  THE COMPLAINT AND QUASH ARREST
12          v.                       )  WARRANT AS TO TANIA MARTORANA
                                     )
13  TANIA MARTORANA,                 )
                                     )
14             Defendant.            )

15

16          Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by

17  and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United

18  States Attorney, hereby moves for leave to dismiss this case against TANIA MARTORANA.

19  This case was filed on May 15, 2001 and an Arrest Warrant issued on the same day.  The

20  government has conducted various database checks, to include Accurint, DCS Amerifind

21  System and TECS, using the identifiers of MARTORANA and has been unable to develop any

22  additional leads as to her whereabouts.

23          / / /

24          / / /

25          / / /

26          / / /

1

1

2

      WHEREFORE, the government hereby moves for leave to dismiss the Complaint in this

matter against defendant TANIA MARTORANA with prejudice, and further requests that the

3

Arrest Warrant for defendant TANIA MARTORANA be quashed.

4

      Dated this 15th day of October, 2013.

5

6
                         DANIEL G. BOGDEN
                         United States Attorney

7

                         /s/Eric Johnson

8

9
                         ERIC JOHNSON
                         Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:01-mj-01093-~~RJJ~~ VCF |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TANIA MARTORANA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant TANIA MARTORANA.  It is further ordered that the Arrest Warrant for defendant TANIA MARTORANA be quashed.

United States ~~District~~ Judge

Magistrate

January 17, 2014